UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SCOTT REED BLAISDELL,

        Petitioner,

                                   Case No. 2:16-cv-103

v.

                                   HONORABLE PAUL L. MALONEY

MITCH PERRY,

        Respondent,

_____/

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Respondent and against the Petitioner.

Date:  February 6, 2019                       /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge